UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON MOHAMED LAHLOU,

                     Plaintiff,

-v-

PAYAM INC., doing business as COLBEH
RESTAURANT, and PEJAMN TOOBIAN,

                     Defendants.

No. 16-cv-8745 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/17

RICHARD J. SULLIVAN, District Judge:

In light of the Court's extension, upon the parties' stipulation, of Defendants' time to answer or otherwise respond to the complaint to February 3, 2017, IT IS HEREBY ORDERED THAT the conference previously scheduled for February 3, 2017 is adjourned to February 17, 2017 at 12:00 p.m., and the parties' deadline to submit their joint letter and proposed case management plan and scheduling order, consistent with the Court's November 29, 2016 order, is extended to February 8, 2017.

SO ORDERED.

Dated:      January 17, 2017
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE