UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON MOHAMED LAHLOU, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff*,<br><br>-against-<br><br>PAYAM INC. D/B/A COLBEH RESTAURANT, AND PEJAMN TOOBIAN,<br><br>*Defendants*. | Civil Action No. 16-cv-8745 (RJS)<br><br>ECF Case |

## PAYAM INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Payam Inc. ("Corporate Defendant") hereby discloses that (i) Corporate Defendant has no corporate parents; and (ii) there is no publicly held corporation that holds ten percent or more of Corporate Defendant's stock.

Corporate Defendant reserves the right pursuant to Rule 7.1(b)(2) to amend this corporate disclosure statement.

Dated:  New York, New York
        February 3, 2017

FOX ROTHSCHILD LLP

By: s/Alexander W. Leonard
    Carolyn D. Richmond
    Alexander W. Leonard
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
(212) 692-0940 (fax)

*Attorneys for Defendants*