UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON MOHAMED LAHLOU

    -v-

PAYAM INC d/b/a COLBEH RESTAURANT,

          Defendant.

No. 16-cv-8745 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In light of Plaintiff's representations at an initial conference held on February 17, 2017, IT IS HEREBY ORDERED that Plaintiff shall send a letter to the Court by Wednesday, February 22, 2017, updating the Court as to whether he intends to voluntarily dismiss his claim.

SO ORDERED.

Dated:      February 17, 2017
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE