# THE HARMAN FIRM, LLP
**Attorneys & Counselors At Law**
www.theharmanfirm.com

February 22, 2017

**VIA ECF**

Hon. Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Simon Mohamed Lahlou / Payam Inc. d/b/a Colbeh Restaurant*
    **SDNY 16-cv-8745 (RJS)**

Dear Judge Sullivan:

  This firm represents the Plaintiff in the above-referenced action. At the preliminary conference last week, Your Honor directed our office to update the Court on the status of our representation of the Plaintiff. Pursuant to Your Honor's Order dated February 17, 2017, (Docket No. 18) we write for that purpose.

  We have written to the Plaintiff seeking instruction, but have been unable to confirm his intentions with respect to this action. Accordingly, given our inability to communicate with the Plaintiff, we will have no choice but to move to withdraw as his counsel. We anticipate filing this motion early next week if we are still unable to communicate with Plaintiff by that time.

          Very truly yours,

          */s/ Walker G. Harman, Jr.*

          Walker G. Harman, Jr.

cc: Simon Mohamed Lahlou (via email)
   Alexander Wilde Leonard, Esq. (via ECF)
   Raquel Amalia Gutierrez, Esq. (via ECF)
   Carolyn Diane Richmond, Esq. (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926