UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SIMON LAHLOU,

                Plaintiff,

-v-

PAYAM INC.,

                Defendants.

No. 16-cv-8745 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On February 17, 2017, the Court issued an order directing Plaintiff's counsel to update the Court by February 22, 2017 as to whether or not Plaintiff intended to pursue his claim or voluntarily dismiss. (Doc. No. 18.) On February 22, 2017, the Court received a letter from Plaintiff's counsel, informing it that counsel is "unable to confirm [Plaintiff's] intentions with respect to this action" and that it intends to withdraw as counsel. (Doc. No. 19.)

Accordingly, IT IS HEREBY ORDERED that the parties, including Mr. Lahlou and his counsel, shall appear before the Court for a status conference on Wednesday, March 1, at 11:00 a.m. Failure by Mr. Lahlou to appear may result in dismissal of his case for failure to prosecute and failure to abide by this Court's orders pursuant to Federal Rules of Civil Procedure 16(f) and/or 41(b).

SO ORDERED.

Dated:     February 22, 2017
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE